JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOHN M. HARGIS, *et al.*, | Case No. 2:19-cv-02224-AB-FFM |
| Plaintiffs, | |
| vs. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| GARFILED BEACH CVS, L.L.C.. *et al.* | |
| Defendants. | Filing Date: February 7, 2019<br>Trial Date: None Set |

# ORDER

Considering the Stipulation for Dismissal and good cause appearing therefor:

**IT IS ORDERED:**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: January 29, 2020

_____
Judge Andre Birotte Jr.
UNITED STATES DISTRICT COURT